Timothy B. Smith (8271)
JONES WALDO HOLBROOK & MCDONOUGH
170 South Main Street, Suite 1500
Salt Lake City, Utah 84101
Telephone: (801) 521-3200
Facsimile: (801) 328-0537

Attorneys for M2 Innovations, LLC

---

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| M2 INNOVATIONS, LLC, a Utah limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>JEFF S. BARBIERI, an individual,<br><br>Defendant. | **NOTICE OF VOLUNTARY DISMISSAL**<br><br>Case No. 2:15cv00580-BCW<br><br>Magistrate Judge Brooke C. Wells |

Comes now Plaintiff M2 Innovations, LLC ("M2") to give notice of the voluntary dismissal

of this lawsuit without prejudice pursuant to Federal Rule of Civil Procedure 41(a). Defendant has

not been served with the Complaint nor has there been an appearance of counsel for Defendant.

DATED this 24th day of March, 2016.

JONES WALDO HOLBROOK & MCDONOUGH

By:  /s/ *Timothy B. Smith*
         Timothy B. Smith

Attorneys for Plaintiff M2 Innovations, LLC

1